UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAYTON FULLER,** | **DOCKET NO.: 19-323** |
| Plaintiff, | |
| v. | **JUDGE:** |
| **SYSCO JACKSON, LLC** | **MAGISTRATE:** |
| Defendant. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Sysco Jackson, LLC ("Sysco Jackson" or "Defendant"), hereby removes the instant action from 4th Judicial District Court for the Parish of Ouachita to the United States District Court for the Western District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Defendant hereby invokes the jurisdiction of this Court under 28 U.S.C. § 1331 and states the following grounds for removal:

1. On February 6, 2019, Plaintiff Payton Fuller ("Plaintiff") filed a Petition ("Petition") against Sysco Jackson in the 4th Judicial District Court of the Parish of Ouachita, captioned *Payton Fuller v. Sysco Jackson, LLC* and bearing Case No. C-2019-0454.

2. Sysco Jackson was served with Plaintiff's Petition on February 26, 2019.

3. Sysco Jackson has neither served nor filed any answer or responsive pleading to the Petition nor made any appearance or argument before the 4th Judicial District Court for the Parish of Ouachita in this matter.

4. As this Notice is filed with this Court within thirty (30) days after Defendant was served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents and orders that have been served upon Defendant are attached hereto as Exhibit A.

6. Original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff's Petition asserts claims for disability discrimination in violation of the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964. *See* ¶ 2 of the Petition, Exhibit A.

7. This Court has supplemental jurisdiction over additional causes of action asserted by Plaintiff under 28 U.S.C. § 1367.

8. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

9. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10. Contemporaneously with this filing, Defendant also files a Notification of Removal with the 4th Judicial District Court of the Parish of Ouachita, as required by 28 U.S.C. §1446(d). A true and accurate copy of the Notification of Removal is attached hereto as Exhibit B.

11. There are no other defendants named in this action.

        JACKSON LEWIS P.C.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail:  Susan.Desmond@jacksonlewis.com
AMANDA WINGFIELD GOLDMAN
La. Bar Roll No. 30800
E-mail:  Amanda.Goldman@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:      (504) 208-1759
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2019 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that served notice on all users registered for electronic notice.  I further certify that I forwarded a copy of the foregoing to:

J. Michael Rhymes
Attorney at Law
1005 North Third Street
Monroe, Louisiana  71201

via U. S. Mail, postage prepaid.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND

4813-8074-1258, v. 1