

# Notice of Service of Process

null / ALL
Transmittal Number: 19421703
Date Processed: 02/27/2019

| | |
|---|---|
| Primary Contact: | Rosalinda Leal<br>Sysco Corporation<br>1390 Enclave Pkwy<br>Houston, TX 77077-2099 |
| Electronic copy provided to: | Dawn Becker<br>Eve McFadden<br>Barrett Flynn<br>Walker Essary |
| Entity: | Sysco Jackson, LLC<br>Entity ID Number 3341048 |
| Entity Served: | Sysco Jackson, LLC |
| Title of Action: | Payton Fuller vs. Sysco Jackson, LLC |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Discrimination |
| Court/Agency: | Ouachita Parish District Court, LA |
| Case/Reference No: | C-20190454 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 02/26/2019 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | J. Michael Rhymes<br>318-388-4500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



EXHIBIT A



OPC.CV.5473061
CE

# CITATION

**PAYTON FULLER**

VS

**SYSCO JACKSON LLC**

**DOCKET NUMBER: C-20190454**
SEC: C1
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT
**EAST BATON ROUGE PARISH**

TO:

SYSCO JACKSON LLC
THROUGH REGISTERED AGENT CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this FEBRUARY 7, 2019.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION

CHLOE ELLINGTON

By:_____
   Deputy Clerk

FILED BY: J. MICHAEL RHYMES #11212

_____ **ORIGINAL**

_____ **SERVICE COPY**

_____ **FILE COPY**

CERTIFIED TRUE COPY
FEB 07 2019
BY_____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

STATE OF LOUISIANA   PARISH OF OUACHITA   FOURTH JUDICIAL DISTRICT

PAYTON FULLER                                              FILED: __FEB 0 6 2019__

V. No.   19-0454                                           CHLOE ELLINGTON

SYSCO JACKSON, LLC
                                                           _____
                                                           DY. CLERK OF COURT

## PETITION

The petition of PAYTON FULLER, a major resident and domiciliary of Ouachita Parish, Louisiana respectfully represents that:

1.

Made defendant herein is:

**Sysco Jackson, LLC, a foreign company authorized to and actually doing business in Louisiana.**

2.

This petition is brought pursuant to the Americans with Disabilities Act as Amended, state law claims pursuant to LRS 23:331 and 631, and Title VII of the Civil Rights Act of 1963. The state district court has concurrent jurisdiction over all federal claims.

3.

Petitioner was employed by the defendant as a truck driver in Monroe, Louisiana in 2018 with his employment ending on or about April 17, 2018. At all times petitioner fully performed his duties without cause for dismissal.

4.

Petitioner is a veteran of the United States military. During his service Petitioner was injured and, as a result, is a disabled veteran subject to the rights and privileges of LRS 23:331.

5.

During his tenure with defendant, Petitioner found it necessary to seek medical attention both for treatment and to maintain his right to veteran's benefits. Plaintiff's supervisor was amenable to Plaintiff taking off sick leave which he had earned to go to the appointments but a supervisor in Jackson overruled him, firing Plaintiff after only missing two days. At all times pertinent the defendant had awarded to Plaintiff paid sick leave but, because of his veteran's status and, alternatively, the belief that the Plaintiff had a disqualifying disability, refused to allow him to utilize such leave time. Plaintiff was disabled but had no disability which interfered with his ability to perform the essential job functions of his job with the reasonable accommodation of being allowed to utilize his earned sick leave.

6.

In addition to the foregoing Petitioner earned vacation pay during his tenure and was not paid for same upon being dismissed from his employment on April 17, 2018.

7.

On April 24, 2018, amicable demand was made upon the defendant to reinstate plaintiff, pay his vacation pay and otherwise make him whole. A copy of this demand is attached as Exhibit "A". The Defendant refused the demands of Plaintiff.

8.

On May 10, 2018, Petitioner filed a complaint of discrimination with the United States Equal Employment Commission. The EEOC issued a right to sue letter on November 14, 2018 which was received by plaintiff on November 20, 2018.

9.

Petitioner prays for trial by jury.

WHEREFORE, petitioner prays that after due proceedings there be judgment herein in his favor and against the defendant in a sum reasonable in the premises for all damages occasioned to him including back pay for lost time, compensatory damages for emotional distress, pain and suffering, a sum equal to leave time not paid at the end of his employment, ninety day's penalty wages, together with all costs and a reasonable attorney's fee.

J. Michael Rhymes #11212
Attorney at Law
1005 North Third Street
Monroe, LA  71201
(318) 388-4500 - telephone

Please serve defendant through
its registered agent for service of
process:

Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA  70802

# J. Michael Rhymes
Attorney at Law
1005 North Third Street
Monroe, Louisiana 71201
Phone: 318.388.4500
Email: jmrhymes@gmail.com

April 24, 2018

Denise Jones, VP
Sysco Jackson, LLC
P. O. Box 2900
Jackson, MS.  39207

Attn: Legal Department

Dear Ms. Jones:

    We represent Mr. Peyton Fuller, a former employee of Sysco. According to your letter of April 18, 2018, you allege, by communication transmitted through the United States Mail, that Mr. Fuller has a disability which cannot be accommodated. He is unaware of any such disability and his supervisor expressed dismay at his dismissal. As far as we know, there was never an effort to engage in the interactive process to identify potential accommodations. Of course if one is only perceived as having a disability the interactive process is likely to fail but the process might have proven fruitful even if Mr. Fuller did not expressly request an accommodation for a non existent disability

    Mr. Fuller is a veteran and successfully performed all of his duties for his entire tenure. We do not know the nature of the supposed disability so we cannot address your concerns about such. We believe Mr. Fuller was dismissed from employment either because of his veteran's status or because of a perceived disability.

    In any event, demand is made upon Sysco to return Mr. Fuller to service, pay him for all time lost, reimburse his attorney's fees and otherwise make Mr. Fuller whole. In addition, Mr. Fuller was not paid for vacation time and his regular earnings in his last paycheck and demand is made for same if he is not reinstated immediately. (See LRS 23:631, et seq.)

    Since we don't understand your actions in dismissing Mr. Fuller, we will wait ten days from the date of this letter for you to provide some rationale before we file appropriate complaints or pleadings, if you do not take the action demanded above.

Sincerely,

J. Michael Rhymes

19-0454

STATE OF LOUISIANA

PARISH OF OUACHITA

**FILED**

FEB 06 2019

CHLOE ELLINGTON
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

## VERIFICATION

Before me, the undersigned Notary Public in and for the said Parish and State, personally came and appeared **Payton Fuller** who, after first being duly sworn, did depose and state that:

He is the petitioner in the above and foregoing Petition; that he has read same and that all allegations contained therein are true and correct.

_____
Payton Fuller

Sworn to and subscribed before me on this 6 day of February, 2019.

_____
NOTARY PUBLIC
J. Michael Rhymes #11212

CERTIFIED
TRUE COPY

BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA